# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| FRANKENMUTH MUTUAL INSURANCE COMPANY, | Case No. 5:20-cv-01597-JLS-KK |
|---|---|
| Plaintiff(s), | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUCIDE** |
| v. | |
| ESTES EXPRESS LINES, | |
| Defendant(s). | |

The Court, having considered the Stipulation between the parties, dismisses the action with prejudice in its entirety. Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 21, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE